UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID P. PRINK, <br><br> Plaintiff, <br><br> v. <br><br> THURSTON COUNTY, <br><br> Defendant. | CASE NO. 3:22-cv-05093-MJP-JRC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, (Dkt. No. 3), and noting Plaintiff has not filed any objections to the report and recommendation by the deadline of April 20, 2022, and having considered the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Plaintiff's claims are dismissed without prejudice, all pending motions are denied, and the case is closed.

(3) The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

**DATED** April 25, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1